# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN A CIVIL CASE

**DAVID TINDALL,**

       **Plaintiff,**

  vs.                                     Civil Action 2:08-CV-918
                                                   Judge Marbley
                                                   Magistrate Judge King

**MICHAEL J. ASTRUE, Commissioner
of Social Security,**

       **Defendant.**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the March 17, 2010 Opinion and Order, the Court ADOPTS AND AFFIRMS the Report and Recommendation. The decision of the Commissioner is AFFIRMED. This action is hereby DISMISSED. Final Judgment is entered pursuant to Sentence 4, 42 U.S.C. §405(g).

Date: **March 17, 2010**                      **James Bonini, Clerk**

                                                       s/Betty L. Clark
                                                     Betty L. Clark/Deputy Clerk